IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *   Criminal No. JKB-16-0363 |
| GERALD JOHNSON, *et al.*, | * |
| Defendants. | * |

*******
## ORDER

Upon consideration of the Government's motion dated February 8, 2017, the Court finds that, pursuant to Title 18, United States Code, Section 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the interests of justice served by such delay in the trial of this case outweigh the interests of the public and the defendants in a speedy trial, in that:

a. counsel for all defendants – with the exception of defendant Joseph Bonds, who is currently without counsel after his attorney withdrew from the case on January 19 – have indicated their consent to this motion;

b. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

c. this case involves multiple counts and complex issues, and thus it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act;

d. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendants and the attorneys for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

e. it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h) that the period from November 9, 2016 and November 13, 2017 shall be excluded from computation under the Speedy Trial Act, for the reasons set forth above.

_Feb. 9, 2017_  
Date

_James K. Bredar_  
The Honorable James K. Bredar  
United States District Judge