53

1     Q    So is that document complete and accurate of
2 your portrayal of what you told Detective Wade on the
3 night in question?
4     A    Yes.
5     Q    Now I'm going to refer you to page number 9
6 of that document, Ms. Petty. Can you please turn to
7 that page?
8     A    Yeah.
9     Q    So, Ms. Petty, on page 9 do you see at the
10 bottom of that page?
11     A    Yeah.
12     Q    And what does -- and do you see where it
13 says, "And before we went on tape, before we went on
14 digital recorder I asked you some descriptions." Do
15 you see that part?
16     A    No. Where you at?
17     Q    At the bottom of page 9, Ms. Petty.
18     A    Oh, okay. Yeah.
19     Q    Do you see that part?
20     A    Uh-huh.
21     Q    I'm sorry. I can't hear you.
22     A    Yes.
23     Q    So is that the first instance to which you
24 spoke to the officers off camera?
25     A    Yeah. I guess so.

1  Q     And now was it at that time he told you you
2  had to pick someone out?
3  A     He just said I had to pick somebody. I kept
4  telling him I don't know what they look like because
5  everything was happening fast, but I had to pick
6  somebody so I picked a picture.
7  Q     You just picked a picture. And did that
8  happen off camera, right?
9  A     I don't recall. This was five years ago.
10 Q     But was it reflected on your statement that
11 you gave on audio?
12 A     I don't understand what you're saying.
13 Q     The statement you just heard, did you hear a
14 part where the officer is telling you that you have to
15 pick someone?
16 A     No. I didn't -- I didn't hear it. Did you
17 hear it?
18 Q     I'm asking you, Ms. Petty. Did you hear that
19 this morning?
20 A     I just said I didn't hear it.
21 Q     So then that was off camera then?
22 A     I guess so. It had to be if it ain't on the
23 damn tape.
24 Q     Okay. Now I'm going to turn you toward page
25 16 of that same transcript. Do you see the top of that