United States District Court for the Northern
District of Maryland
File Number: JKB-16-00363-08

| United States of America<br>Plaintiff | |
|---|---|
| v. | Notice of Appeal |
| Norman Tyrone Handy<br>Defendant | |

    Notice is hereby given that Norman Tyrone Handy, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the 4th Circuit from the final judgment entered in this action on the 27th day of April, 2018.

(s) _____
Ryan L. Burke
Attorney for: Norman Tyrone Handy
Address: 4311 Meadowcliff Rd.
        Glen Arm, MD 21057
        Federal ID: 29750
        CJA Appointed

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]