FILED: February 6, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-4292
(1:16-cr-00363-JKB-8)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

NORMAN TYRONE HANDY, a/k/a Lil Norm, a/k/a Norm,

        Defendant - Appellant.

O R D E R

Norman Tyrone Handy seeks to appeal his 142-month sentence. The Government has moved to dismiss the appeal as barred by Handy's waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Handy knowingly and voluntarily waived his right to appeal and that the issue Handy seeks to raise on appeal falls squarely

within the compass of his waiver of appellate rights. Accordingly, we grant the Government's motion to dismiss.[*]

Entered at the direction of the panel: Chief Judge Gregory, Judge Wilkinson, and Judge Quattlebaum.

                                                             For the Court

                                                             /s/ Patricia S. Connor, Clerk

---

[*] Contrary to Handy's argument, the Government did not forfeit enforcement of the appeal waiver by waiting to file its motion to dismiss until after Handy filed his opening brief. *See* 4th Cir. R. 27(f)(2).