Dear,
Chief Judge Bredar

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 3 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

How are you doing today? I'm writeing u today because I've sent the courts a new motion for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A) attach with my medical records and the R.I.S form that the facility provide for the inmates who wants to reqest for compassionate release through the warden, I sent that new motion out in January and I have not heard anything, I want to know did the courts receive my motion. I sent it too (Clerk of courts, United States District Court, 101 W. lombard Street Baltimore MD, 21201).

Thank you for your time.
Have a bless day.

INMATE NAME  Norman Handy
REGISTER NUMBER  62649-037
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

COURT SECURITY OFFICER

APR 30 2021

MARYLAND

(Legal mail)

Hon. James K. Bredar
U.S. District Court
101 W. Lombard St.
Baltimore, MD 21201

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.

AUSP Thomson
APR 22 2'21
Received in GSD